USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  March 24, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT WEEKES, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RACHEL ZOE CREATIONS, LLC,<br><br>    Defendant. | 1:21-cv-10454-ALC<br><br>ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

   IT IS HEREBY ORDERED that Defendant RACHEL ZOE CREATIONS, LLC ("Defendant") may have a 14-day extension of the time within which to answer or otherwise respond to Plaintiff ROBERT WEEKES ("Plaintiff") complaint.  Therefore, the last day for, Defendant to answer or otherwise respond to Plaintiff's complaint is April 5, 2022.

   Good cause exists for this extension because the parties are engaged in good faith negotiations to achieve an early resolution.

**IT IS SO ORDERED.**

Dated:  March  24 , 2022

_____
HON. ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE