**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept 12, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

ROBERT WEEKES, Individually, and On Behalf of All Others Similarly Situated,

                     Plaintiff,

vs.

RACHEL ZOE CREATIONS, LLC,

                     Defendant.

---------------------------------------------x

Case No.: 1:21-cv-10454-ALC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Robert Weekes hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Rachel Zoe Creations, LLC.

DATED: September 9, 2022

**MIZRAHI KROUB LLP**

    /s/ Edward Y. Kroub
    EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: Sept 12, 2022**